IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH A. TIMOTHY KURTZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV139 |
| | ) | |
| v. | ) | |
| | ) | |
| TASHA MILLER, JIM FISK, | ) | MEMORANDUM AND ORDER |
| nephew, BRUCE KOEHLER, | ) | |
| MATTHEW HIMELIC, son, CARRIE | ) | |
| HIMELIC, if needed, GEORGE | ) | |
| HIMELIC, CHRISTOPHER MARYLAND, | ) | |
| Friends and Family, and DAVID | ) | |
| FLOTT, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed an application to proceed without prepaying fees or costs (Filing No. 2). Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed *in forma pauperis*.

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 14th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court