IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH A. TIMOTHY KURTZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV139 |
| | ) | |
| v. | ) | |
| | ) | |
| TASHA MILLER, JIM FISK, | ) | MEMORANDUM OPINION |
| nephew, BRUCE KOEHLER, | ) | |
| MATTHEW HIMELIC, son, CARRIE | ) | |
| HIMELIC, if needed, GEORGE | ) | |
| HIMELIC, CHRISTOPHER MARYLAND, | ) | |
| Friends and Family, and DAVID | ) | |
| FLOTT, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      This matter is before the Court on its own motion. On July 8, 2014, the Court conducted an initial review of plaintiff's complaint. The Court determined it could not tell from the information set forth in the complaint whether jurisdiction is proper in this Court. Plaintiff was to file an amended complaint that set forth a short and plain statement of the grounds for the Court's jurisdiction. In addition, the Court reserved the right to conduct further review of plaintiff's claims pursuant to 28 U.S.C. § 1915(e)(2). (*See* Filing No. 6.)

      The deadline for filing an amended complaint has passed, and plaintiff has not filed an amended complaint or asked

for an extension of time in which to do so.[1]  Upon careful review of Kurtz's complaint, the Court finds that his allegations are nonsensical and he can prove no set of facts that would entitle him to relief.  A separate order will be entered in accordance with this memorandum opinion.

DATED this 4th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

[1] The Court's Memorandum and Order dated July 8, 2014, was returned to the Court as "NOT DELIVERABLE AS ADDRESSED" and "UNABLE TO FORWARD."  (*See* Filing No. 7.)  Kurtz, a frequent filer in this Court, has been informed numerous times of his obligation to inform the Court of address changes.  *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  (*See, e.g., Kurtz v. France, et al.*, No. 8:14-CV-00117-JMG-PRSE; *Kurtz v. Williams, et al.*, 8:14-CV-00191-JMG-PRSE; *Kurtz v. Miller, et al.*, 8:14-CV-00139-LES-PRSE; and *Kurtz v. Fisk, et al.*, 8:14-CV-00180-JMG-PRSE.)

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.